JAMES J. MILLER v. M. GAGLIARDI STABLES.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY FRANKLIN.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL W. COUNTERMAN.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. YANCEY COURSEY.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BARRY KAYE.

May 17, 1983.

Petition for certification denied.